UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHAD OLIVER,                      )
                                  )
            Plaintiff,            )
                                  )
      v.                          )        No. 2:20-cv-00189-JRS-DLP
                                  )
JOSHUA GEWITZAM, et al.           )
                                  )
            Defendants.           )

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 30, 2021, the Magistrate Judge submitted her Report and
Recommendation with regard to Plaintiff's failure to prosecute this matter [ECF No.
7]. The Court, having considered the Magistrate Judge's Report and
Recommendation, hereby **ADOPTS** the Magistrate Judge's Report and
Recommendation.  Plaintiff's Complaint is dismissed without prejudice, pursuant to
Rule 4(m) of the Federal Rules of Civil Procedure, for Plaintiff's failure to prosecute
this matter.   Judgment shall be issued accordingly.

SO ORDERED.

Date: 10/4/2021

                                           _____
                                           JAMES R. SWEENEY II, JUDGE
Distribution:                              United States District Court
                                           Southern District of Indiana
CHAD OLIVER
KNOX COUNTY JAIL
2375 S Old Decker Road
Vincennes, IN 47591

–1–